

# MISSISSIPPI

# DEPARTMENT OF BANKING AND CONSUMER FINANCE

The within and foregoing Amendment to the Charter of Incorporation of

**BancorpSouth Bank**
Tupelo, Lee County, Mississippi

Including the merger of

**Cadence Bancorporation**
Houston, Harris County, Texas

And immediately following, the merger of

**Cadence Bank, National Association**
Atlanta, Fulton County, Georgia

Into and under the charter of

**BancorpSouth Bank**
Tupelo, Lee County, Mississippi

And changing the name of

**BancorpSouth Bank**
Tupelo, Lee County, Mississippi

To

**Cadence Bank**
Tupelo, Lee County, Mississippi

is hereby approved effective the 29th day of October 2021.



Department of Banking and Consumer Finance
State of Mississippi
I hereby certify that this is a true and complete
copy of document(s) on file in this Department.
Dated this day 25, 2021
Rhoshunda Kelly
Commissioner

In testimony whereof, I have hereunto set my hand and caused the Seal of the Department of Banking and Consumer Finance, State of Mississippi, to be affixed, this the 22nd day of October 2021.

Rhoshunda G. Kelly
Commissioner

EXHIBIT "C"