**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re:  **Maggie Elizabeth Evans**                                            **CHAPTER 13**
        **Debtor**                                                   **CASE NO. 24-51069-KMS**

<u>**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY [Dkt. ___]**</u>

This matter is before the Court on the motion of Cadence Bank f/k/a BancorpSouth Bank

("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11

U.S.C. § 1301.  Movant represented to the Court that it served the motion in accordance with all

applicable rules.  No timely response was filed.  Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Movant is granted relief

from the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 and the

property is abandoned pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the

following property:  35 Pine Hills Dr., Ovett, MS  39464 – SEE LEGAL DESCRIPTION

ATTACHED HERETO.

**##END OF ORDER##**

<u>Submitted by:</u>
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

Exhibit "A"

A parcel of land lying in the SE l/4 of the SE l/4 of Section 1, Township 7 North, Range 11 West, First Judicial District, Jones County, Mississippi, described as follows:

Commencing at a concrete marker (set by the Forest Service) at the SE/C of Section 1, Township 7 North, Range 11 West, First Judicial District, Jones County, Mississippi and run North 796.33 feet, thence West 426.59 feet for the Point of Beginning. Thence S 89°32'58" W 166.46 feet along a fence to the East R.O.W. of Pine Hill Drive, thence N 17°05'27" W along said R.O.W. 307.06 feet to a found I.P, thence leaving said R.O.W., run S 89°01'22" E 256.92 feet along a net wire fence on the North side of the road, thence South 287.81 feet back to the Point of Beginning.  Containing 1.41 acres.