## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:  Maggie Elizabeth Evans | CHAPTER 13 |
| Debtor | CASE NO. 24-51069-KMS |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Cadence Bank, successor by merger to BankcorpSouth Bank, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Respectfully submitted,

UNDERWOOD LAW FIRM, PLLC

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com