| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | MAGGIE ELIZABETH EVANS | | |
| Debtor 2 (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | SOUTHERN | District of | MISSISSIPPI |
| Case number | 24-51069 | | |

## Official Form 410S1
# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CADENCE BANK          **Court claim no. (if known):** 3

**Last 4 digits** of any number you use to identify the debtor's account:  **4928**

**Date of payment change:**
Must be at least 21 days after date of this notice          **09/01/25**

**New total payment:**          **$612.00**
Principal, interest, and escrow, if any

---

### Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If statement is not attached, explain why:_____

     **Current escrow payment: $308.06**          **New escrow payment: $305.06**

---

### Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____

     **Current interest rate: .00000%**          **New interest rate: .00000%**
     **Current principal and interest payment: $0.00**          **New principal and interest payment: $0.00**

---

### Part 3:   Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

     Reason for change:
     **Current mortgage payment: $0.00**          **New mortgage payment: $0.00**

---

| Debtor 1 | MAGGIE ELIZABETH EVANS | Case number (*if known*) | 24-51069 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.
☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x /s/Jenny Willis _____      Date   7 / 8 / 2025

  Signature

Print:     JENNY WILLIS                           Title     SENIOR BANKRUPTCY SPECIALIST
           First Name   Middle Name   Last Name

Company    CADENCE BANK

Address    P.O. BOX 789
           Number      Street

           TUPELO, MS 38802
           City   State   Zip Code

Contact phone 662-678-7548                        Email JENNY.WILLIS@CADENCEBANK.COM

---

## CERTIFICATE OF SERVICE

I hereby certify that this day a true and correct copy of the foregoing Notice of Mortgage Payment Change was served via ECF system to the following:

Hon. Thomas Carl Rollins, Jr., trollins@therollinsfirm.com

Hon. David Rawlings, ecfnotices@rawlings13.net

I further certify that a true and correct copy of the foregoing Notice of Mortgage Payment Change was mailed first class mail, postage prepaid to the following:

Maggie E. Evans, aka Meggie E. Rahaim
Jonathan D. Chancellor
35 Pine Hills Dr.
Ovett, MS  39464

This the 8th day of July 2025.


/s/Jenny Willis
Cadence Bank
by: Jenny Willis

```
Cadence Bank - Secondary
2778 w jackson street
Tupelo          MS 38801


888-797-7711



JONATHAN D CHANCELLOR              YOUR LOAN NUMBER:      4928
MEGGIE E RAHAIM
35 PINE HILLS DR
OVETT           MS 39464-3803
                                  DATE: 07/01/25
```

* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING AUG 01, 2024 AND ENDING JUL 31,
2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF AUG 01, 2024 IS ---

```
                PRINCIPAL & INTEREST        306.94
                ESCROW DEPOSIT              308.69
                OPTIONAL INSURANCE            0.00
                REPLACE RESV/FHA SVC CHG      0.00
                SHORTAGE                      0.00
                DEFICIENCY                    0.00
                SURPLUS                       0.00
                ROUNDING                     -0.63
                LESS BUYDOWN/ASST PAYMENT     0.00
                BORROWER PAYMENT            615.00
```

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|---|---|---|---|---|---|---|---|
| AUG 24 | 308.69 | * | | | | 1234.77 | -711.42 |
| SEP 24 | 308.69 | 308.06 | | | | | |
| SEP 24 | | -308.06 | | | | | |
| SEP 24 | | 308.06* | | | | 1543.46 | -403.36 |
| OCT 24 | 308.69 | 308.06 | | | | | |
| OCT 24 | | 308.06* | | | | 1852.15 | 212.76 |
| NOV 24 | 308.69 | * | | | | 2160.84 | 212.76 |
| DEC 24 | 308.69 | * | 903.29 | 569.68* | COUNTY | 1566.24 | -356.92 |
| JAN 25 | 308.69 | 308.06 | | | | | |
| JAN 25 | | 308.06* | | | | 1874.93 | 259.20 |
| FEB 25 | 308.69 | 308.06* | | | | 2183.62 | 567.26 |
| MAR 25 | 308.69 | -308.06 | | | | | |
| MAR 25 | | -308.06 | | | | | |

```
MAR 25              -308.06
MAR 25              -308.06*                              2492.31        567.26
APR 25     308.69    68.68*                              2801.00        635.94
MAY 25     308.69   308.06           3100.00   HOMEOW
MAY 25              27.39*                    *          3109.69      -2128.61 A
JUN 25     308.69   308.06    2801.00
JUN 25              30.40*                    *           617.38 T    -1790.15
JUL 25     308.69            **                           926.07      -1790.15
TOTALS             1358.71           3669.68
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        617.38. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
    -2128.61.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00       00/00          0.00      00/00          0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00     0.00                       00/00     0.00
00/00     0.00                       00/00     0.00
00/00     0.00                       00/00     0.00

```
Cadence Bank - Secondary
2778 w jackson street
Tupelo          MS 38801


888-797-7711



JONATHAN D CHANCELLOR                    YOUR LOAN NUMBER:     4928
MEGGIE E RAHAIM
35 PINE HILLS DR
OVETT           MS 39464-3803
                                         DATE: 07/01/25


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 09/01/25 THROUGH 08/31/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 09/01/25 THROUGH 08/31/26 -------
                HOMEOWNER/FIRE            3100.00
                COUNTY TAXES              569.68

                TOTAL PAYMENTS FROM ESCROW    3669.68

                MONTHLY PAYMENT TO ESCROW    305.80 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 09/01/25 THROUGH 08/31/26--------
        -ANTICIPATED PAYMENTS-          -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION    ANTICIPATED         REQUIRED
                  ACTUAL STARTING BALANCE     1261.18            1223.28
SEP 25   305.80                               1566.98            1529.08
OCT 25   305.80                               1872.78            1834.88
NOV 25   305.80                               2178.58            2140.68
DEC 25   305.80     569.68    COUNTY TAXES    1914.70            1876.80
JAN 26   305.80                               2220.50            2182.60
FEB 26   305.80                               2526.30            2488.40
MAR 26   305.80                               2832.10            2794.20
APR 26   305.80                               3137.90            3100.00
MAY 26   305.80                               3443.70            3405.80
JUN 26   305.80    3100.00    HOMEOWNER/FI ALP  649.50    RLP     611.60
JUL 26   305.80                                955.30             917.40
AUG 26   305.80                               1261.10            1223.20


----------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS       0.00.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

WILL BE COLLECTED FOR A PERIOD OF 00 MONTHS FROM SEPTEMBER 01, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        37.90.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                        306.94
          ESCROW (1/12TH OF ANNUAL ANTICIPATED        305.80
            DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS             0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG      0.00
          PLUS: SHORTAGE PAYMENT                        0.00
          MINUS: SURPLUS CREDIT                         0.00
          ROUNDING ADJUSTMENT                          -0.74
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS            0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 09/01/25     612.00
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     611.60.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        611.60.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/25         308.06      05/25         308.06      06/25         924.18   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                      00/00      0.00
00/00      0.00                      00/00      0.00
00/00      0.00                      00/00      0.00