# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51069     **Case Name:** Maggie Elizabeth Evans

**Set:** 07/17/2025 10:30 am    **Chapter:** 13    **Type:** bk    **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 35 Pine Hills Dr., Ovett, MS. ., Motion for Relief from Co-Debtor Stay as to Jonathan D. Chancellor, Co-Debtor., Motion to Compel Abandonment . Filed by Creditor Cadence Bank (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order)  (Dkt. #33)

Response filed by the Debtor (Dkt. #42)

---

Minute Entry Re: (related document(s): [33] Motion for Relief From Stay filed by Cadence Bank f/k/a BancorpSouth Bank) Barbour to submit an Agreed Order. Order due by 07/31/2025. Called in by Barbour. (mcc)