**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Maggie Elizabeth Evans, Debtor**               **Case No. 24-51069-KMS
CHAPTER 13**

## NOTICE

     The undersigned counsel for Debtor has filed papers with the court to approve attorney's compensation.

     **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

     File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

     If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

     You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: October 9, 2025          Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             PO Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **Maggie Elizabeth Evans, Debtor**       **Case No. 24-51069-KMS**
                                                     **CHAPTER 13**

**THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF NECESSARY EXPENSES
FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the debtor, and files this *Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1.   On July 29, 2024, Debtor filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2.   The Debtor and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award.  Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour.  Paralegals are billed at a rate of $155.00 per hour.  Legal Assistants bill at $100.00 per hour.  Said rates are reasonable and in keeping with community custom and standards for attorneys in this area.  T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3.   The Debtor herein did not provide a retainer.

4.   Throughout our representation of the Debtor herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided.  The services provided by the firm were reasonable in view of the circumstances of this case.

5.      The Court previously approved compensation in the amount of $2,017.62 (Dk # 21) and $1,611.96 (Dk # 29).

6.      The chapter 13 Trustee has disbursed $1,156.00 on these claims as of October 9, 2025.

7.      The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $973.50 and expenses in the amount of $92.09 for a total of $1,065.59. A detailed accounting of which is attached hereto as Exhibit "A".

8.      This is the Applicant's Third request for allowance of compensation for professional services rendered in this proceeding.  This request covers the period from December 18, 2024 to September 30, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtor to pay said attorneys' fees and expenses.  Applicant prays for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

     I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                          /s/ Thomas C. Rollins, Jr.
                          Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MAGGIE ELIZABETH EVANS

CASE NO: 24-51069

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/15/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MAGGIE ELIZABETH EVANS

CASE NO: 24-51069

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/15/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/15/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-51069
SOUTHERN DISTRICT OF MISSISSIPPI
TUE OCT 14 20-37-2 PST 2025

CADENCE BANK
PO BOX 789
TUPELO MS 38802-0789

CADENCE BANK FKA BANCORPSOUTH BANK
PO BOX 789
TUPELO  MS 38802-0789

~~ENCLUDE~~

~~(U)CADENCE BANK  SUCCESSOR TO MERGER TO BANKCOR~~

~~ENCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT MS 39501-2036~~

(P)BANCORPSOUTH
BANKRUPTCY DEPARTMENT
P O BOX 4360
TUPELO MS 38803-4360

BOUNDS FAMILY DENTAL
1010 N 15TH AVE
LAUREL  MS 39440-2656

CADENCE BANK
ATTN LEGAL DEPARTMENT
PO BOX 789
TUPELO  MS 38802-0789

~~ENCLUDE~~

~~(P)CADENCE BANK~~
~~PO BOX 789~~
~~TUPELO  MS 38802-0789~~

CADENCE BANK FKA BANCORPSOUTH BANK
PO BOX 1727
TUPELO  MS 38802-1727

CADENCE BK
POB 3370
TUPELO  MS 38803-3370

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE  NA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CHARLES FRANK FAIR BARBOUR  ESQ
UNDERWOOD LAW FIRM  PLLC
ATTORNEY FOR CADENCE BANK
221 SUNNYBROOK ROAD  SUITE B
RIDGELAND  MS 39157-2206

CREDIT ONE
PO BOX 98872
LAS VEGAS  NV 89193-8872

DISCOVER BANK
PO BOX 3025
NEW ALBANY  OH  43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

JONATHAN CHANCELLOR
185 MAGNOLIA RD
LAUREL  MS 39443-9557

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MS TITLE LOANS
104 N 16TH AVE
LAUREL  MS 39440-4132

MISSISSIPPI TITLE LOANS  INC
CO BANKRUPTCY DIVISION
8601 DUNWOODY PLACE  STE 406
ATLANTA  GA 30350-2550

(P)NATHAN  NATHAN  P C
ATTN JOHN NATHAN
PO BOX 1715
BIRMINGHAM AL 35201-1715

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SUNBELT FCU
6885 US HWY 49 3
HATTIESBURG  MS 39402

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

JONATHAN D CHANCELLOR
35 PINE HILLS DR
OVETT  MS 39464-3803

DEBTOR

MAGGIE ELIZABETH EVANS
35 PINE HILLS DR
OVETT  MS 39464-3803

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767