

# INVOICE

Invoice # 8338
Date: 09/30/2025
Due On: 10/30/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Maggie Elizabeth Evans

## 05483-Evans Maggie Elizabeth

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 12/18/2024 | Drafted and reviewed invoice for the 2nd Application for Compensation; completed the drafting of the lodestar and exhibit B using the calculations from the 2nd invoice; completed the drafting of the Application for Compensation, the Notice and the Proposed Order using the calculations from the 2nd invoice. | 0.30 | $0.00 | $0.00 |
| Service | KR | 12/18/2024 | Drafted email to VM with the affidavit to notarize | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/18/2024 | Drafted email memo to TR with the Application for Compensation, the exhibits A, B, C, the lodestar, the Notice and the Proposed Order to review | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/19/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/19/2024 | Received and reviewed email from VM with the signed affidavit; merged with the Application for Compensation; | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Received and reviewed Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, the Notice with the Declaration of Mailing attached, the Exhibits A, B, C, and the Proposed | 0.20 | $0.00 | $0.00 |

| | | | Order for upload to the court. | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/14/2025 | Review: 24-51069-KMS Order on Application for Compensation Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: 24-51069-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/28/2025 | Drafted e-mail to MS Dept of Revenue to determine if it will be filing a POC for tax liability for debtor. | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/29/2025 | Reviewed email from administrator at MSDoR informing us they will no be filing a claim | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/29/2025 | Drafted email to case administrator at the IRS about filing a claim for the tax debt | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/30/2025 | Reviewed email from the IRS about a balance not being owed; drafted email memo to JAC re: IRS proof of claim | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/30/2025 | review & respond to email from KR re: poc | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/03/2025 | Review email from debtor: Reviewed email from debtor about filing taxes and tax refunds; reviewed plan; drafted email to debtor about the Trustee not taking the tax refund and documents needed for filing taxes | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/07/2025 | Review email from debtor: Reviewed email from debtor stating she received a letter in the mail from the Trustee stating he payments are delinquent and the balance must be paid or her case will be dismissed. Researched on Trustee website and best case. Did not find a motion to dismiss due to non payment. Did not find the balance to match the letter. Drafted email to KR providing her the information. | 0.30 | $100.00 | $30.00 |
| Service | KR | 05/08/2025 | Review email from debtor: Reviewed email from debtor about the letter she received from the Trustee's office about her delinquency; reviewed the Trustee's website for all payments received; drafted email to debtor explaining how the delinquency incurred and how to resolve; also | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | provided the trustee's payment statements | | | |
| Service | KR | 05/08/2025 | Review email from debtor: Reviewed email from debtor requesting advice on monitoring her payments; drafted email to debtor providing the information for ndc.org | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/06/2025 | Review: 24-51069-KMS Statement of Corporate Ownership Document# 35 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/06/2025 | Review: 24-51069-KMS Order Extending the Automatic Stay Document# 36 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/06/2025 | Review: 24-51069-KMS Motion for Relief From Stay Document# 33 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/06/2025 | Review: 24-51069-KMS Hearing Set - Bankruptcy Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/09/2025 | Call Debtor: Called debtor about the Motion for Relief and the delinquency left message; | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/09/2025 | Reviewed email from debtor about inquiring about the phone call; drafted email to debtor informing them about the Motion for Relief and the delinquency; inquired how they got behind and if they could make a payment | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/11/2025 | Review email from debtor: Reviewed email from debtor about the delinquency, the MFR and also about the adding her mortgage into the plan payments; drafted email to debtor inquiring if she could make a payment and also informed her if we add her mortgage and arrearage into it will increase her payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/13/2025 | Review email from debtor: Reviewed email from debtor about her scheduled payments towards the mortgage delinquency; drafted email to debtor informing her I am getting with all parties to see if we can add her mortgage arrearage and the mortgage payments into the bankruptcy | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/17/2025 | Drafted email to the attorney for Cadence and the attorney for the Trustee about adding the mortgage | 0.10 | $155.00 | $15.50 |

| | | | into the plan since a Motion for Relief and Motion to Dismiss has been filed. | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/18/2025 | Received revised Agreed Order to review for the Motion For Relief from the attorney representing the mortgage company | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/18/2025 | Call Debtor: Reviewed email memo from TR re: Motion for Relief Agreed Order; called debtor left message; drafted email and text about the terms of the Agreed Order to see if she is in agreement | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/18/2025 | Call Debtor: Reviewed message from debtor requesting a call back; telephone conference with the with her office and left a message; sent text informing her I tried calling her back | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/18/2025 | Incoming Call: Telephone conference with debtor about the Order per the Motion for Relief; reviewed order and explained that the mortgage and arrearage will be added into the plan | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/18/2025 | Drafted email memo to TR with the revised order the attorney for the mortgage company provided and explained that the debtor understands and is in agreement with the order | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/18/2025 | Reviewed email memo from TR re: Agreed Order per the Motion for Relief; drafted email to Charles with the signed Agreed Order; drafted email memo to TR re: response per the Motion for Relief | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/18/2025 | Review email from Attorney: Reviewed email from the TR re: response per the Motion to Dismiss; updated task | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/23/2025 | Reviewed court docket for the Agreed Order per the Motion to Dismiss to determine if a response needs to be filed | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/25/2025 | Reviewed docket; AO not yet filed. | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/07/2025 | Reviewed court docket for the Motion for Relief; drafted response per the Motion for Relief; drafted internal message to TR re: review response | 0.30 | $155.00 | $46.50 |

Invoice # 8338 - 09/30/2025

| Service | TR | 07/07/2025 | Review Response MFR | 0.10 | $360.00 | $36.00 |
|---------|------|------------|---------------------|------|---------|--------|
| Service | KR | 07/08/2025 | Reviewed internal message from TR re: response; prepared the response per the Motion for Relief for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/08/2025 | Review: 24-51069-KMS Notice of Mortgage Payment Change Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/08/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the response with the Declaration of Mailing attached for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/11/2025 | Drafted email the attorney for the mortgage lender inquiring about the Agreed Order that needed to be uploaded for the Motion for Relief | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/15/2025 | Drafted email memo to TR re: Agreed Order per the Motion for Relief; drafted email to the attorney for the creditor verifying he received the signed Agreed Order | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/15/2025 | Review email from debtor: Reviewed email from debtor about her plan payment; called debtor left message; drafted email to debtor informing her that I am waiting for the Agreed Order for the Motion For Relief to see a payment difference | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/15/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion for Relief Agreed Order; telephone conference with the attorney's office for the creditor; the attorney was out of the office but will they will have him reach out to me tomorrow | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/16/2025 | Incoming Call: Telephone call from Charles Barbour; he said he has not received the AO back nor any other e-mail from KR; reviewed e-mail and confirmed his e-mail address; he said their security is really tight and it must be stopping KR's e-mails; informed him that TR had given his permission to e-sign the AO. | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/16/2025 | Reviewed email from the attorney for the creditor stating that he will upload | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the Agreed Order for the Motion for Relief and will cancel the hearing | | | |
| Service | JAC | 07/16/2025 | Review: 24-51069-KMS Minute Entry (CHAP) Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/24/2025 | Call Debtor: Reviewed email from the attorney for the mortgage lender with the new Agreed Order for approval; called debtor unable to leave a message; drafted email and text about the Agreed Order to make sure the debtor is in agreement. | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/24/2025 | Review email from debtor: Reviewed email memo from debtor about her plan payments; drafted email to debtor informing her to send in the delinquency for the partial payments her employer sent in for the previous month but the Trustee should be issuing another wage order as soon as the Order on the Motion for Relief is filed. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/31/2025 | Review: 24-51069-KMS Order on Motion For Relief From Stay Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/01/2025 | Review: 24-51069-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | CO | 08/04/2025 | Contact Debtor (Text/Email): Reviewed: 24-51069-KMS Amended Order Upon Employer Directing Deductions from Pay ; drafted email to debtor with the order. | 0.10 | $100.00 | $10.00 |
| Service | KR | 09/30/2025 | Reviewed court docket for previous orders and invoices; drafted 3rd Application for Compensation | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$973.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $55.50 | $55.50 |
| Expense | 07/08/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 09/30/2025 | Estimated Cost of Mailing Expense for the 3rd Application for Compensation (certificateofservice.com) | 1.00 | $32.40 | $32.40 |

Invoice # 8338 - 09/30/2025

| | | | | Expenses Subtotal | $92.09 |
|---|---|---|---|---|---|

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.9 | $360.00 | $324.00 |
| | Jennifer Curry Calvillo | Attorney | 0.2 | $0.00 | $0.00 |
| | Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| | Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| | Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| | Jacki Curry | Non-Attorney | 0.4 | $155.00 | $62.00 |
| | Clara Ortega | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 3.3 | $155.00 | $511.50 |
| | Kerri Rodabough | Non-Attorney | 1.4 | $0.00 | $0.00 |
| | | | | Subtotal | $1,065.59 |
| | | | | Total | $1,065.59 |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6780 | 09/12/2024 | $2,017.62 | $0.00 | $2,017.62 |
| 7361 | 01/17/2025 | $1,611.96 | $0.00 | $1,611.96 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8338 | 10/30/2025 | $1,065.59 | $0.00 | $1,065.59 |
| | | | Outstanding Balance | $4,695.17 |
| | | | Total Amount Outstanding | $4,695.17 |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload? `3` pages

Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents? `24` parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet. `2`

We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side. `1`

**Disclaimer & User Agreement:**

for postage or volume. If you have a Rush Job or Certified Mailing Job and need an estimate, please contact us directly at 509 412 1356. We will be happy to provide you with a quote at no charge. This estimate program assumes you have a Postal Acknowledgment Form (PAF) on file with us and that you are a registered user.  If you need to fill out a PAF form in order to get your discounted postage rate, <a href="http://www.bkattorneyservices3.com/bkasmailform_020.htm" target=new>click here.</a>

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
| | 36 | |
| Date and Time: | Tue Sep 30 2025 15:19:16 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 72 | |
| Sheets Per Envelope | 1.5 | |
| First Class Postage Rate | $ 0.78 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 13.68 |
| Postage Cost: | $ | 18.72 |
| Total Cost: | $ | 32.4 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED