## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Maggie Elizabeth Evans　　　　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 24-51069-KMS

### NOTICE OF TERMINATION OF AUTOMATIC STAY

**COMES NOW**, Cadence Bank f/k/a BancorpSouth Bank ("Movant"), by and through its attorneys, and gives notice to the Debtor of the termination of the automatic stay and states as follows:

1.　An Agreed Order on Motion for Relief from Automatic Stay ("Order") was entered herein on July 30, 2025 [Dkt. #44].

2.　The Order states, in pertinent part, the following:

> That should Debtor provide such payments within the prescribed time but subsequently become sixty (60) days delinquent in payment and upon ten (10) days written notice to Debtor and Debtor's attorney of such delinquency fails to cure such delinquency, the automatic stay of 11 U.S.C. § 362 of the Bankruptcy Code shall immediately lift, be vacated and annulled without further Order of this Court and the property shall be abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

3.　Debtor is more than sixty (60) days delinquent in payment in payment to Movant.

4.　Movant has given Debtor, Debtor's counsel and the trustee ten (10) days written notice of the delinquency, but said delinquency has not been cured within that time.

5.　Pursuant to the Order, Movant hereby gives notice to the Court, Debtor and Debtor's attorney that the automatic stay is terminated and the Property is abandoned to Movant.

This the 19th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　UNDERWOOD LAW FIRM, PLLC

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, attorney for Movant, hereby certify that the following were served via ECF system with a copy of the foregoing to:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

David Rawlings at ecfnotices@rawlings13.net

U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov

I further certify that a true and correct copy of the foregoing was mailed to Debtor at 35 Pine Hills Dr., Ovett, MS  39464 and Co-Debtor at 35 Pine Hills Dr., Ovett, MS  39464.

/s/ Charles Frank Fair Barbour